NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ELITE ORTHOPEDIC AND SPORTS MEDICINE, PA,**<br><br>Plaintiff,<br><br>v.<br><br>**CIGNA HEALTHCARE,**<br><br>Defendant. | Civil Action No. 16-4775 (ES) (JAD)<br><br>ORDER |

**SALAS, DISTRICT JUDGE**

Pending before the Court is a motion to remand filed by Plaintiff. (D.E. No. 12). On April 20, 2017, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that the Court grant Plaintiff's motion to remand. (D.E. No. 18). The parties had fourteen days to file and serve any objections to Judge Dickson's Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). To date, neither party has filed any objections.

Having reviewed the parties' submission and Judge Dickson's Report and Recommendation, and for the reasons stated therein,

**IT IS** on this 8th day of May 2017,

**ORDERED** that this Court ADOPTS Magistrate Judge Dickson's Report and Recommendation (D.E. No. 18) as the Opinion of this Court; and it is further

**ORDERED** that this case is REMANDED to the Superior Court of New Jersey, Passaic County; and it is further

**ORDERED** that the Clerk of the Court shall TERMINATE Docket Entry Nos. 12 and 18; and it is further

**ORDERED** that the Clerk of the Court shall mark this matter as CLOSED.

<u>*s/Esther Salas*</u><br>
**Esther Salas, U.S.D.J.**